UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MARSHALL CRAGGY, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil No. 04-247-P-S |
| | ) |
| UNUMPROVIDENT CORPORATION, | ) |
| | ) |
| **Defendant.** | ) |

**ORDER ACCEPTING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision dated June 1, 2005 (Docket # 10), the Recommended Decision is accepted.

Accordingly, it is ORDERED that the Defendant UnumProvident's Motion for Summary Judgment (Docket # 8) is hereby GRANTED.

/s/ George Z. Singal
Chief United States District Judge

Dated this 23rd day of June 2005.